UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:26-cv-25718-RKA

CARLOS BRITO,

Plaintiff,

v.

SGD OFFICES, INC. and HIALEAH
REYS PIZZA, INC.,

Defendants.
_________________________________/

**DEFENDANT'S NOTICE OF APPEARANCE**

Edward S. Polk, Esq., and Raphael J. Marjenberg, Esq., of Cole, Scott & Kissane, P.A., give notice of their appearance on behalf of Defendants, SGD Offices, Inc., and Hialeah Reys Pizza, Inc., and request that copies of all motions, notices, and other pleadings filed or served in this cause be furnished to the undersigned.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 10th of September 2026, a true and correct copy of the foregoing was filed with the Clerk of the Court via CM/ECF, which will send notice of electronic filing to all counsel of record.

COLE, SCOTT & KISSANE, P.A.
*Counsel for Defendants Sgd Offices, Inc. and Hialeah Reys Pizza, Inc.*
9150 South Dadeland Boulevard, Suite 1400
Miami, Florida 33156
Telephone 786-268-6782
Facsimile 305-373-2294
Primary e-mail: edward.polk@csklegal.com
Secondary e-mail: raphael.marjenberg@csklegal.com
Alternative e-mail: juliana.holgado@csklegal.com

By: /s/ *Edward S. Polk*
EDWARD S. POLK
Florida Bar No.: 239860
RAPHAEL J. MARJENBERG
Florida Bar No.: 1049298